UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-92 |
| | ) | REEVES/GUYTON |
| EVAN M. ADKINS | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

Trial in this matter is currently scheduled for May 5, 2020. On April 27, 2020, this Court issued Standing Order 20-12, which extended the deadlines set in Standing Order 20-06 until May 30, 2020.[1] E.D. Tenn. SO-20-12. Further, in Standing Order 20-06, this Court found that:

> With regard to criminal jury trials, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the risks posed to the jurors and the public, the time period of the continuances implemented by this Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

E.D. Tenn. SO-20-06. These findings apply in equal force to the specific circumstances of this case. Consequently, trial in this matter is **CONTINUED**. The Court will be in contact with the parties to reschedule trial in this matter.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] In relevant part, Standing Order 20-06 stated that "all civil and criminal jury trials scheduled to commence from March 16, 2020 through April 24, 2020, before any district or magistrate judge in any division in the Eastern District of Tennessee are CONTINUED." E.D. Tenn. SO-20-06. Standing Order 20-11 extended the provisions of Standing order 20-06 until May 4, 2020. E.D. Tenn. SO-20-11.

1