UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:19-CR-92-TWP-HBG |
| | ) | |
| EVAN ADKINS | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (3) accept Defendant's plea of guilty to Count One of the Indictment, that is, of attempted sexual violence, in violation of 18 U.S.C. § 2242(a); (4) adjudicate Defendant guilty of the charge set forth in Count One of the Indictment; and (5) find that Defendant shall remain in custody until sentencing in this matter [D. 20]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

1

(2) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(3) Defendant's plea of guilty to Count One of the Indictment, that is, of attempted sexual violence, in violation of 18 U.S.C. § 2242(a), is **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(5) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter, which is scheduled to take place on **January 19, 2021 at 10:00 a.m. in Knoxville, Tennessee** before the Honorable Thomas W. Phillips, Senior United States District Judge.

**SO ORDERED.**

s/ Thomas W. Phillips
Senior United States District Judge